GEOFFREY W. HAWKINS, ESQ.
Nevada Bar No. 7740
HAWKINS MELENDREZ, P.C.
9555 Hillwood Drive, Suite 150
Las Vegas, NV 89134
ghawkins@hawkinsmelendrez.com
Telephone: (702) 318-8800
Facsimile: (702) 318-8801

Attorneys for Defendant/Cross-Defendant
And Counter Cross-Claimant
*Valley Green Landscape, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELLY SEALY, <br><br> Plaintiff, <br><br> vs. <br><br> WYNDHAM VACATION RESORTS, INC., d/b/a GRAND DESERT RESORT-LAS VEGAS and VALLEY GREEN LANDSCAPE, INC., <br><br> Defendants. <br><br> WYNDHAM VACATION RESORTS, INC. d/b/a GRAND DESERT RESORT-LAS VEGAS, <br><br> Cross-Claimant, <br><br> vs. <br><br> VALLEY GREEN LANDSCAPE, INC., <br><br> Cross-Defendant. | Case No.: 2:10-cv-00069-KJD-LRL <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

1

| | |
|---|---|
| VALLEY GREEN LANDSCAPE, INC., | |
| Counter/Cross-Claimant, | |
| vs. | |
| WYNDHAM VACATION RESORTS, INC. d/b/a GRAND DESERT RESORT-LAS VEGAS, | |
| Counter/Cross-Defendant. | |

IT IS HEREBY STIPULATED and AGREED, by and between the Plaintiff, KELLEY SEALY, by and through her attorney of record, JOSEPH L. DECOLATOR, ESQ. of the law firm DECOLATOR, COHEN & DePRISCO, LLP; Defendant / Cross-Defendant / Counter Cross-Claimant VALLEY GREEN LANDSCAPE, INC., by and through its attorney of record, GEOFFREY W. HAWKINS, ESQ. of the law firm of HAWKINS MELENDREZ, P.C.; and Defendant / Cross-Claimant / Counter Cross-Defendant WYNDHAM VACATION RESORTS, INC. d/b/a GRAND DESERT RESORT-LAS VEGAS, by and through its attorney of records, SCOTT C. PEREZ, ESQ. of the law offices of EDWARD GARFINKEL; that the above-entitled action has been finally resolved and settled, the settlement payments have been tendered and accepted, the Parties hereby stipulate that the matter be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED: 9/23/11

JOSEPH L. DECOLATOR, ESQ.
Admitted Pro Hac Vice (2/29)
DECOLATOR, COHEN & DePRISCO, LLP
1399 Franklin Avenue
Garden City, NY 11530
Attorneys for Plaintiff
KELLEY SEALY

2

DATED: 10/14/11

GEOFFREY W. HAWKINS, ESQ.
Nevada Bar No. 7740
HAWKINS MELENDREZ, P.C.
9555 Hillwood Dr., Suite 150
Las Vegas, NV 89134
Attorneys for Defendant/Cross-Defendant
and Counter Cross-Claimant
*VALLEY GREEN LANDSCAPE, INC.*

DATED: _____

SCOTT C. PEREZ, ESQ.
Admitted Pro Hac Vice
LAW OFFICES OF EDWARD GARFINKEL
12 Metrotech Center
Brooklyn, NY 11201
Attorneys for Defendant/Cross-Claimant
and Counter Cross-Defendant
*WYNDAM VACATION RESORTS, INC.
aka GRAND DESERT RESORT*

Upon the stipulation of counsel for dismissal of the above-entitled matter, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-entitled matter is dismissed, with prejudice, each party to bear their own attorney's fees and costs.

_____
UNITED STATES DISTRICT JUDGE

DATED: 10/17/11

Submitted by:

HAWKINS MELENDREZ, P.C.

GEOFFREY W. HAWKINS, ESQ.
Nevada Bar # 7740
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134

3